```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 33136
   ROMARICK LYNN HOUGH
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-6754


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/04/08 .

    2.  The case was dismissed without confirmation, 02/06/2009.

----------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                             PAID           PAID
----------------------------------------------------------------------

       Summary of disbursements:
----------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00        .00          .00          .00
PRINCIPAL PAID        .00        .00        .00          .00          .00
INTEREST PAID         .00        .00        .00          .00          .00
TOTAL PAID            .00        .00        .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $     .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .




    Dated: 03/11/09              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 08 B 33136 ROMARICK LYNN HOUGH
```